UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | No. C-11-01067 DMR |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| GEORGES MARKET, *et al.*, | |
| Defendants. | |

Plaintiff filed this action under the Americans with Disabilities Act on March 7, 2011. Pursuant to the schedule established by General Order 56 of this Court, Plaintiffs should have filed a Notice of Need for Mediation no later than July 30, 2011. Plaintiff has filed no such notice. The court therefore ORDERS Plaintiff to SHOW CAUSE why the court should not dismiss this case for failure to prosecute. Plaintiff shall file its response to this order no later than August 19, 2011.

IT IS SO ORDERED.

Dated: August 11, 2011



DONNA M. RYU
United States Magistrate Judge