United States District Court
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRAIG YATES, | No. C-11-01067-DMR |
|---|---|
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND ORDERING STATUS REPORT** |
| v. | |
| GEORGES MARKET, | |
| Defendant(s). | |

The court hereby discharges the August 11, 2011 Order to Show Cause against Plaintiff. The court also ORDERS that Plaintiff submit to the court no later than September 15, 2011 a detailed status report on the state of the case.

IT IS SO ORDERED.

Dated: August 19, 2011

_____
DONNA M. RYU
United States Magistrate Judge

IT IS SO ORDERED
Judge Donna M. Ryu