UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff(s),<br><br>  v.<br><br>GEORGES MARKET,<br><br>    Defendant(s).<br>_____/ | No. C-11-01067 (DMR)<br><br>**ORDER RE UPDATED STATUS REPORT** |

The court notes that default was entered as to all Defendants in this case on September 14, 2011. To date, Plaintiff has not moved for a default judgment or taken other action.

On September 15, 2011, Plaintiff filed a status report with the Court that did not address the impact of the entry of default. [*See* Docket No. 15.] Therefore, the court ORDERS that Plaintiff submit an updated status report, including any recommended case management plan, no later than November 7, 2011. Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: October 27, 2011

_____
DONNA M. RYU
United States Magistrate Judge